October 7, 1983.

468 A.2d 820

Borger, et ux. v. Falls Equip., et al.

Borger v. Keiper.

Appeal of: Raymond Borger.

Reargument Denied Dec. 16, 1983.

Petition for Allowance of Appeal
Denied May 24, 1984.

578

Argued January 20, 1983. Charles W. Craven, for appellant; John T. Quinn, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.